IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 17 A 9: 29

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Audie James Johnson #59734_ )
Full name and prison number of )
plaintiff(s) )
 )
 )
 )       CIVIL ACTION NO. _1:07CV52-MHT_
  v. )       (To be supplied by the Clerk of the
_Commander Mcarty_ )        U.S. District Court)
_Lt. Rocco_ )
 )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (✓) No ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (✓) No ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _Audie James Johnson_
      Defendant(s) _Mr Conise Hubert (Food Service) Mr Van lu (The Warden) Ms. Linda Boreada Public Safty Directs_

   2. Court (if federal court, name the district; if state court, name the county)
      _U.S. District Court Trenton ALJ_

   3. Docket No. _I Cant Remmber_

   4. Name of Judge to whom case was assigned _Judge Gilbert E. Brown Jr._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? dismissed

6. Approximate date of filing lawsuit  EARLY 1990's

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  ~~Houser County & A.J. Qewter A.J.~~ Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Commander McArty = Houston County Jail
2. LT. Rocco = Houston County Jail.
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  From 12-9-06 until this day while I am still housed here.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Lack of care and concern for my health and well being while housed here.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
① Unsanitary, Ridden confines of this POD which is E-Pod
② Three times a week they collect dirty close while and in ~~that~~ around our food trays. ③ ~~they Are~~ in A.J. The Commander is in Non-compliance with the #E-303 Inmate Hygine Policy. of this Jail

-2-

GROUND TWO: Un Sanitary Living Condishion's here on E-POD

SUPPORTING FACTS: The Jail have Men sleeping on every wall on the floor - the smell is bad and very much A health hazard. I am force to eat 3 meals a day in and around these condishions, molded + paint peeling in the showers and a heavy dust build up in and around the pod with Evidance

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Step in and rid this Jail of those who dose not care About the Job they are paid to do, Becaue this pod did not get like this over night. And i am very much Aftrade for my health... And to see what releift i am in Titled to, for this hardships...

*Signature of plaintiff(s): Audie James Johnson*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-15-07 .
                (date)

*Signature of plaintiff(s): Audie James Johnson*

-3-

Audie Johnson #59734
901 E. Main St.
Dothan, AL 36301

Legal Mail

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

$00.63
JAN 16 2007
MAILED FROM ZIP CODE 36303

Amend

Evidence

1-1 = Peeling paint mold off of the walls

Peeling paint from my cell 1-2

1-3 dust + dirt from the pod floor any given day