*Johnson*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X c/o Wm. H. Jones    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 1-22-07

dress different from item 1? ☐ Yes
delivery address below: ☐ No

Lt. Rocco
Houston County Jail
901 E. Main St.
Dothan, AL 36301

Service Type:
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

1:07cv52-MHT (cmp)order 40 days) Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1331

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

*Johnson*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X c/o Wm. V. Jones    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 1-22-07

dress different from item 1? ☐ Yes
delivery address below: ☐ No

Commander McCarty
Houston County Jail
901 E. Main St.
Dothan, AL 36301

Service Type:
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

1:07cv52-MHT (cmp)order 40 days) Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1348

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540