IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AUDIE JAMES JOHNSON, #59734,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-52-MHT |
| | ) |
| **COMMANDER WILLIAM McCARTY,** | ) |
| **and LIEUTENANT ROCCO,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request an additional fourteen (14) day extension through and until March 13, 2007, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on February 27, 2007.

2. That due to the critical medical condition of the undersigned's mother, the undersigned has been in Huntsville, Alabama for the last ten (10) days and has been unable to meet with the Defendants to finalize their affidavits to be used in support of their Special Report and Answer.

WHEREFORE, Defendants respectfully request an additional fourteen (14) day extension through and until March 13, 2007, in which to file their Special Report and Answer in this case.

Dated this 27th day of February, 2007.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon Audie James Johnson, #59734, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 27th day of February, 2007.

**s/Gary C. Sherrer**
OF COUNSEL