IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| AUDIE JAMES JOHNSON | * |
| Plaintiff, | * |
| v. | *   1:07-CV-52-MHT |
| COMMANDER McCARTY, *et al.*, | * |
| Defendants. | * |

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Defendants are GRANTED an extension from February 26, 2007 to March 13, 2007 to file their answer and written report.

DONE, this 27th day of February 2007.

                                          /s/Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE

Case 1:07-cv-00052-MHT-SRW    Document 8    Filed 02/27/2007    Page 2 of 2