① In the District Court of the United States
For The Middle District of Alabama
Southern Divison

RECEIVED
2007 MAR 21 A 10:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Audie James Johnson 39934
   Plaintiff

V.                                              Civil Action: 1:07-CV-52MHT

Commander William McCarty
And Lieutenant Rocco
     Defendants

Sworn Statement

State of Alabama
Houston County.

Answer to Defendant's
Report Doc. No. 9

Aud; to Answer Commander McCarty's Lie's About Receiveing Rule's And Regulation's And inmate "Grievance Procedure," And to say i did not File Any Grievances! I have A couple, i guess you let them get pass you! Before you or yours stop giving the back to me, Along with my Request Slips, Because All of the ones to you — McCarty or Lt Rocco, I didnot get back you kept Both copy's, Now i see why; to say i didnot File Any!! I didnot see or here of Policy Number E-301, E-302, E-401 until 3-18-07, And NO they were No Attached to Exhibit A, As you said. Exhibit C. The Docket Card the Rule's i Received were without E-301, E-302 E-401,. Now with Exhibit D, Are Not the Same forms plus i Never seen A two page Grievance form like the one's they give us here, or the one like Exhibit D those two Are Not Alike... And As i stated earleyer i never seen E-401 until Now... And As far as Cleaning the Pod, Frist of All, you — Commander McCarty you Are in NON-Compliance with most of Policy Number E-303, And the only Part that you Are in Compliance with is inmates Hair Cuts, Nail Clipped,.. And in an Additional effor to prevent the Spread of infection to other inmates and employees, every Cell and holding Area, including



Dayrooms, must be decontaminated using germicidal agents and Steam cleaning the showers, floors, and walls. (which i never seen happen in the three months i have been in this Jail.) Where as the procedure must be done a minimum of once a week for every space in the secure areas of the Jail occupied by an inmate, including the docket. The MAT's use for sleeping must be sprayed with germicide weekly. (which i Jail started a couple week ago and as of the pass wee nothing has happen, "But we all got out MAT's + Body sprayed in Medical because a inmate had the "CRABS", And all that tell's me is someone is not doing there Job, Because the inmate have been here for 50 days with them, And what else am i living around while being here? To ensure this policy is being ~~falled~~ followed, the ranking Sgt. will perform inspections as may be nessary. (which is a lie "Because the condishion this pod is in at this time. And the few time i put grievance's in concerning all of the above, and the only responce i received was that you send cleaning supplys to each unit for the trustee's to clean with — which did not have any thing thing to do with the trustee cleaning, Because with the rust, dust build up in And around the day space peeling paint Jush to name a few health hazardous things. Now that grievance form was written 1-16-07 And i got.. Now Commander, I still have more than a few Request + Grievance's i never got back, so that let. know they never made it to my "so called file's" so that means they made it to the garbage can's "right"? And yes, dirty mattress covers are collected right a Breakfast, Because we are told at the door to drop our mattress covers + Blanket's on difference days in order to receive a food tray we must drop our Bedding a the door. And our food is handed over the Bedding, which is very much a health hazard

Audie Johnson
#59734
4-3-07

"Health Hazard's" Here on E-Unit At Houston County Jail...

1) They have men sleeping in the day space on the floor.

2) And; with the dust build up this is very much a Health Hazard, you could see the dust on the wall's Above, Both Vent's Are dusty as could be where as the vent that blow's air is blowing dust as well, And you could see the build up on the vent cover

3) How the Officer's hand out food + Medical! And to where the food came from the Kitchen Cold!

4) How the Jail is in Non-Compliance with Policy And Procedure Directive policy number E-303, I must say that the Jail is trying very hard to cause us harm in more way's than one. —— With the heavy rust build up in And Around the unit and cell's, And with the high cost of medical the Jail is making you sick, they have not sprayed for bug's? or day room space to try to prevent the spread of infection And germ's...

with all of the Above is true..
The Health inspectors Are being paid off, by the Jail, to have it in the condishion it is in, is very much a health hazard; i have been trying to reach out for help, After the frist week here, And taking this matter outside of the Jail to U.S. District Court, The ~~Stat~~ Governors office

Because i should not have to be force to live As so, in these condishions for no one, And with all on my complaining the Jail has not lifted a finger to better these Condishions! WHY?

There are "12" men here on The floor in the day space which is very much a health hazard and sicking to have to Eat + live in such condishions.. And now that Commander McCarty is no long workin here at the Jail, things are a degre badder for me here..

On this Day, Just a day After i talk to the day Sgt. — Concerning a Request i put in to talk to Sheriff Andy Huges, Because from the offer's to the Sgt. to the Commander now to the Sheriff, Because i could not get A Responce to my gripe's and concern while here in this Jail.. So now Everyone know's About my Mental Anguish and Hardship I endure each and every day, Because nothing has changed and i must say, to bring a change to this unit is very much needed, And As i set here knowing the Inspectors Are getting PAID off .... It is so sad to think About the Kitchen here, God only know's i am trying to make it out of here helthy

I can't understand how this Jail put so many lives At stake by such NEGLIGENCE on there part as well as the inspectors Because of such danger, recklessly proceeds on A dangerous course..
C.C. myself, U.S. District court, the Jail..

The Lack of Concern for My Health And Well being, here At Houston County Jail...

1-29-07

As of this date 1-28-07, I have Not received one hot meal from the Kitchen, And on top of the food being cold, the trustee who hand's the tray's out, Are without hair nets, And with the same gloves they remove trash bags from the pod's, open And close pod door's drop what ever on the floor And pick it up with out changing there gloves plus the officer's take it upon there self to serve the tray's or Juice... And when spoken about it, the only reply I received is you don't have to take it, I Am force to eat, "But" from then till Now, I am feeling some Kind of way, Because from the food cart to the pod, where there Are Inmates sleeping on mats Around the whole day Room space, which is very much a health Hazard, in every way, plus, the pod is Not clean And the Commander is Not lefting a finger to see that his officer's put in A little more effort into making sure the

2 of 5 pages

trustee's take more intrest in cleaning the pod; Even tho the men can't reach the over head vent's and air duck's which are covered 5x over with dust and the entire T.V. and bracket has a dust build up that is very much a health hazard and with that a love let's me know that Commander or Lt. Rocco dose not care one way or another if i "live or die" while i am here in Houston County Jail.

Also how we line up to eat with the mop & trash can right there, and a responce received from my Grievance from the Jail, concerning my health is that things will get better. I can't understand how this Jail is in the shape it is in, and when i ask about it in writing, also about the Jail Inspection's The reply i get is the Jail is inspected once a month, and i was told by officer Williams that the condishion of this pod was not a health hazard, and that as it was, it still passed and will pass Inspection ——— And as time passed

Everything will get better and that was about it for my responce. So at this time i truly beleave that the Inspectors are getting paid off, because of the condishion of this pod... The rodents and rats are out

W/E → of control... More than once some kind of Bug have been found with in the food — I mean in plain site with all above is true!!! The last Request i put in to Medical concerning what i feared most was about Mold & Mildew in the show plus around a lot of the windows. I asked Medical in reguards to my health and well being. I need more info.

W/E → on this matter, and the responce I received was "Tell the Sgt." And

1-18-07 thing that as of now i have not heard anything. And on this same day, the Jail covered the shower walls with stanless steel — with out treating the mold they covered up.

my witness 1-21-07 | And with me concerned about my health even more, I wrote to Nurse Spivey 1-21-07 seeking help in this matter concerning my health, And to my knowlage, Mold + Meldew is very much A HEALTH HAZARD, And what i must do to keep from getting sick. And as of Now 1-28-07 I have not got A responce from Nurse Spivey — "Why"?

With all of the Above, I have to force myself to eat somthing out of the kitchen. I don't look forward to it "But" I have to Eat somthing

1-27-07 | Was the Frist time the showers was sprayed with somthing officer Sapp was working — Where they had An Inmate come to the Pod Right After lock down.

## Certificate of Service

I, Audie James Johnson, hereby certify that i have Served A copy of the forgoing Answer the Defendant's Doc 9. upon the Clerk of United States District Court, P.O. Box 711 Montgomery, AL 36101-0711.

Audie James Johnson
*Audie James Johnson*

Audie J. Johnson #397341 E-10
901 E. Main St.
Dothan, AL 36301

Office of the Clerk
U.S. District Court
Montgomery, AL 36104-0711

36101-0711

From an Inmate Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004334498
MAILED FROM ZIP CODE 36303
$00.63
MAR 20 2007