~~Attachment~~ Amended to Complaint
1:07-CV-52 MHT (WO)

Audie James Johnson #59734
Plaintiff

V.

Commander William McCarty
And Lieutenant Rocco et al
Defendants

I would like to Amend, Commander Keith Reed, here At Houston County Jail; And Also Sgt. Turner, Also here At Houston County Jail. Which is as of Now The two people here i have been trying to get a response from my Request And Grievance's slips Also Concerning my health and well being here this jail. These two People are very Unprofessional in there Job Capacity, they are here just for a pay check. And to have to live in such unhuman Condishion's is Cruel And unusual Punishment. And the Negligence on the Jail because they have knowledge that someone is likely to be in a position of getting sick or catching some sort of infection, And they don't care who, with conscious disreguard of such known danger to my health, And those

Named in this Amended, recklessly proceeds on a dangerous course..

I have been to Medical more than a few times, and had my blood taken last month, and to know avail, they still don't know what is wrong with my sholder and arm, in which i have evidence of, the lack of care and concern for my health and well being while here in this Jail.

Executed 8-6-07
with evidence of the unsanitary living condishions here at Houston County Jail; And evidence of my grievance's and request slip's, to where i ask to where, i was begging for a change in these condishions and my health mainly, because these are breeding ground's for Tabloids/T.B. And what ever gurm's are floating in the air...
And with my grievance's and request slip's! Alot of them never made it back to me, But i do have more than enough. The Jail have my medical record's, and plus i put in more than a month ago for a full compleat physical, Because i am truly not feeling myself.
And i understand that i could die any day and time living in such unsanitary

Living Condishions, here at Huston County Jail.. I have Evidence of the Jail's Lack of ~~the~~ Concern comming from the Kitchen (I-4) Bug that i found in my food more than once) I-5→ Plus Evidence of heavy build up of dust → And dirt ~~from~~ in And Around the unit. (I-5ᵃ) (I-6=) Rust And chip paint from Around the unit And my cell) (I-7=) Dust from A clogged up vent, And from the dust build up it has never been cleaned) Which is very much a health hazard in more ways than one..

With all of the above is true how is it that i have to live as so in such Inhuman Condishions?

Certificate of Service

I, Audie James Johnson, here by Certify that i have Served A copy of this Amended Complant upon Gary Sherrer, Counsel for the Defendant's of Houston County Jail 901 East Main st. Dothan Alabama 36301, by placing a copy of the same in the U.S. Mail And properly Address on this 6th Day of August, 2007

1-4 = Bug in food
1-5 = Dust and dirt from around the unit
1-6 = Rust + Paint chips from in cell + around the unit
1-7 = Bug in food
1-8 = Dust from over head vent

Nicole Johnson # 59734
901 East Main St.
Dothan, AL
36301

U.S. District Court
P.O. Box 711
Montgomery, Alabama
36101-0711