IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

AUDIE JAMES JOHNSON　　　　＊

　　Plaintiff,　　　　　　　　＊

　　v.　　　　　　　　　　　　＊　　　1:07-CV-52-MHT

COMMANDER McCARTY, *et al.*,　＊

　　Defendants.　　　　　　　　＊

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's August 7, 2007 Motion to Amend Complaint, and for good cause, it is

ORDERED that the motion (Doc. No. 12) be and is hereby DENIED as untimely.[1]

DONE, this 14th day of August 2007.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The court's January 18, 2007 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Proposed amendments or motions to amend filed after this date will be considered untimely. (Doc. No. 4, pg. 4 ¶ (6)(f).)

If Plaintiff believes his constitutional rights have been violated since the filing of the instant complaint, he is free to file another civil action.